UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNEY RAMEY,<br><br>        Petitioner,<br><br>    v.<br><br>R.J.RACKLEY, Warden,<br><br>        Respondent. | No. 1:16-cv-00690-SKO   HC<br><br>**ORDER STRIKING MOTION AND DIRECTING PETITIONER TO SIGN AND REFILE MOTION**<br><br>**(Doc. 4)** |

On May 25, 2016, Petitioner, a state prisoner proceeding *pro se*, filed a motion requesting appointment of counsel. Petitioner did not sign the motion. Every written motion must be signed by a party personally if the party is unrepresented. F.R.Civ.P. 11(a).

Accordingly, the Court hereby STRIKES Petitioner's motion for appointment of counsel without prejudice. Petitioner may sign and refile the motion at any time during the pendency of the above-captioned action.

IT IS SO ORDERED.

Dated:   **May 25, 2016**                    /s/ *Sheila K. Oberto*
                                                          UNITED STATES MAGISTRATE JUDGE

1